# UNITED STATES DISTRICT COURT
for the

District of Columbia

United States of America
v.

ZACHARIAH JOHN SATTLER

)
) Case: 1:22-mj-00268
) Assigned to: Judge Meriweather, Robin M.
) Assign Date: 12/9/2022
) Description: COMPLAINT W/ ARREST WARRANT
)
)

*Defendant*

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* ZACHARIAH JOHN SATTLER,

who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☒ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 1752(a)(1) - Knowingly Entering or Remaining in any Restricted Building or Grounds Without Lawful Authority;
18 U.S.C. § 1752(a)(2)- Disorderly and Disruptive Conduct in a Restricted Building or Grounds;
40 U.S.C. § 5104(e)(2)(D) - Disorderly Conduct in a Capitol Building;
40 U.S.C. § 5104(e)(2)(G) - Parading, Demonstrating, or Picketing in a Capitol Building.

Date: 12/09/2022

2022.12.09
16:40:48 -05'00'

*Issuing officer's signature*

City and state: Washington, D.C.        Robin M. Meriweather, U.S. Magistrate Judge
*Printed name and title*

**Return**

This warrant was received on *(date)* 12/9/22, and the person was arrested on *(date)* 12/13/22
at *(city and state)* Chestertown, MD.

Date: 12/13/22

*Arresting officer's signature*

FBI Special Agent Patrick Stra[...]
*Printed name and title*